PROB 12C
(7/93)

Report Date: May 2, 2013

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 02 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Paul Belis                                Case Number: 2:12CR06032-001

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: 11/7/2012

Original Offense:        Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a)

Original Sentence:       Prison - 8 Months;           Type of Supervision: Supervised Release
                         TSR - 60 Months

Asst. U.S. Attorney:     Mary Katherine Dimke          Date Supervision Commenced: 1/26/2013

Defense Attorney:        Diane E. Hehir                Date Supervision Expires: 1/25/2018

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment. |
| 2 | **Special Condition # 15**: You shall live at an approved residence, and shall not change your living situation without advance approval of the supervising officer. |

**Supporting Evidence**: Violations 1 and 2 are combined for brevity.

Paul Belis is considered in violation of his supervised release as he changed his residence on or about April 28, 2013, and has not contacted this officer to notify of the change. The defendant also has not notified this officer of his current residence and his whereabouts are unknown.

On April 30, 2013, this officer spoke with Guadalupe Rios, the owner of the residence. He advised that he and Mr. Belis had an argument on Saturday evening, April 27, 2013, after Mr. Rios discovered the defendant had taken his car without permission. Mr. Rios told the defendant he had to move out of the house. Mr. Belis left and has not contacted this officer regarding his whereabouts. This officer attempted to contact the defendant by phone at

(509) 948-1950. There was no response and the voice mail was not set up to leave a message. At this time, the defendant has not contacted this officer to provide a new address or to report his whereabouts.

3   **Special Condition # 20**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Paul Belis is considered in violation of his supervised release as he is in noncompliance with his treatment program at First Step Community Counseling Services as of April 30, 2013.

According to Clifton Watson the treatment counselor, the defendant failed to report for his Moral Reconation Therapy (MRT) class on April 30, 2013. He did not call prior to missing the class and has yet to contact First Step. The defendant started in MRT on April 9, 2013, and has not passed step 1 of the program.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/02/2013

s/SanJuanita B. Coronado

SanJuanita B Coronado
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

May 2, 2013
Date