PROB 12C
(7/93)

Report Date: August 2, 2013

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 02 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Paul Belis                Case Number: 2:12CR06032-001

Address of Offender: None

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: 11/7/2012

Original Offense:      Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a)

Original Sentence:     Prison - 8 Months;          Type of Supervision: Supervised Release
                       TSR - 60 Months

Asst. U.S. Attorney:   Alexander Carl Ekstrom      Date Supervision Commenced: 08/02/2013

Defense Attorney:      Diane E. Hehir              Date Supervision Expires:    01/25/2018

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1                       **Special Condition #22**: If there is no approved release address prior to release from confinement, the defendant shall reside in a residential reentry center (RRC) for a period of up to 90 days. Defendant shall abide by the rules and regulations of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

                        **Supporting Evidence**: Paul Belis is considered in violation of his supervised release as he has refused to enter the RRC as required on or about August 2, 2013.

                        Mr. Belis was to be transported by U.S. Probation officers from the U.S. Marshals custody to the RRC in Spokane, Washington. Mr. Belis stated he would not enter the RRC and check in. He stated he wanted to appear before the Court and have his supervision revoked and serve all his time in custody rather than report to U.S. Probation or be in the RRC.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

Prob12C
Re: Belis, Paul
August 2, 2013
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/02/2013

s/SanJuanita B. Coronado

SanJuanita B. Coronado
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Signature of Judicial Officer*

August 2, 2013
Date