PROB 12C
(7/93)

Report Date: May 14, 2014

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 15 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Paul Belis                           Case Number: 0980 2:12CR06032-EFS-1

Address of Offender: ███████████████████████████████

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: November 7, 2012

| | | |
|---|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) | |
| Original Sentence: | Prison 8 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alexander Carl Ekstrom | Date Supervision Commenced: February 3, 2014 |
| Defense Attorney: | Diane E. Hehir | Date Supervision Expires: May 2, 2018 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month.<br><br>**Supporting Evidence**: Paul Belis is considered in violation of his term of supervised release as he failed to report to the probation officer by May 5, 2014, as required.<br><br>Mr. Belis is required to report to this officer within the first 5 days of each month or as otherwise directed. The defendant did not report or contact this officer as required. As the defendant does not have a telephone, this officer called his mother's telephone, which is his message number, on May 9, 2014. His mother advised she had been out of town for the past week and had returned home the evening of May 8, 2014. Mr. Belis was not home and did not come home that night. She had not seen or heard from him. She stated she would try and track him down and have him contact me no later than May 13, 2014. As of today's date, Mr. Belis has not called or reported to this officer. His whereabouts are unknown. |
| 2 | **Special Condition # 22**: You shall undergo a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You |

shall allow full reciprocal disclosure between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

**Supporting Evidence**: Paul Belis is considered in violation of his term of supervised release as he has failed to comply with mental health treatment as of April 2014.

Mr. Belis completed a mental health evaluation through the Washington Department of Social and Health Services on February 11, 2014. He began treatment services at Riverview Counseling Services on March 11, 2014. He discontinued services with Riverview Counseling on April 17, 2014, stating he had transportation issues getting to Richland and would start treatment at Nueva Esperanza in Pasco, Washington. As of this date, the defendant has not restarted treatment at Nueva Esperanza or another treatment facility.

3          **Special Condition # 21**: You shall abstain from the use of illegal controlled substances and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Paul Belis is considered in violation of his term of supervised release as he failed to submit drug tests on April 23, 2014, and again on May 13, 2014.

Mr. Belis was placed on random drug testing through First Step Community Counseling Services. He was required to call the drug test color line on a daily basis and report for drug tests when the color brown was listed. Mr. Belis failed to report for testing on the aforementioned dates and did not contact this officer to explain why he missed the tests.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/14/2014

s/SanJuanita B. Coronado

SanJuanita B. Coronado
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Prob12C
Re: Belis, Paul
May 14, 2014
Page 3

Signature of Judicial Officer

5/15/14

Date