PROB 12C
(7/93)

Report Date: May 21, 2014

# United States District Court

for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Paul Belis      Case Number: 0980 2:12CR06032-001

Address of Offender: ▇▇▇▇▇▇ th ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: November 7, 2012

| | |
|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison 8 months; TSR - 60 months | Type of Supervision: | Probation |
| Asst. U.S. Attorney: | Mary Dimke | Date Supervision Commenced: | February 3, 2014 |
| Defense Attorney: | Diane E. Hehir | Date Supervision Expires: | May 2, 2018 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 05/14/2014.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 21**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Paul Belis is considered in violation of his term of supervised release in the Eastern District of Washington by using a controlled substance, methamphetamine, on or prior to May 19, 2014. |
| | On May 19, 2014, the defendant made his initial appearance before U.S. Magistrate Judge James P. Hutton on the alleged violation contained within the violation report dated May 14, 2014. The defendant was released pending a detention hearing on May 23, 2014. The defendant reported to the probation office in Yakima after his release and a drug test was conducted. The sample returned presumptive positive for amphetamine use. The defendant was asked if he had used any controlled substances and he admitted he had used methamphetamine on May 15, 2014. The sample was sent off for confirmation. |
| | On May 20, 2014, the defendant reported to the Richland probation office as directed. The defendant was asked about the urine sample and he once again admitted to using methamphetamine the week prior. |

Prob12C
Re: Belis, Paul
May 21, 2014
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/21/2014

s/David L. McCary for

SanJuanita B. Coronado
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

May 21, 2014
Date