PROB 12C
(7/93)

# United States District Court

Report Date: May 22, 2014

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Paul Belis                    Case Number: 0980 2:12CR06032-001

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: November 7, 2012

Original Offense:        Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a)

Original Sentence:       Prison 8 months;                Type of Supervision: Supervised Release
                         TSR - 60 months

Asst. U.S. Attorney:     Mary K. Dimke                   Date Supervision Commenced: February 3, 2014

Defense Attorney:        Diane E. Hehir                  Date Supervision Expires: May 2, 2018

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: Paul Belis is considered in violation of his term of supervised release as he failed to contact his supervising officer on May 21, 2014, as instructed by U.S. Probation and the Court.<br><br>Mr. Belis was released from custody on May 19, 2014, pending his bail hearing. He was ordered by the Court to call probation every day until Friday, May 23, 2014. He reported to the U.S. Probation office in person on May 20, 2014, and met with U.S. Probation Officer David McCary, who advised Mr. Belis to report back to see his supervising officer on May 21, 2014, at 1:00 p.m. The defendant failed to report as instructed and also did not call the probation office as required by the Court. |
| 6 | **Special Condition # 15**: You shall live at an approved residence, and shall not change your living situation without advance approval of the supervising officer. |

**Supporting Evidence**: Paul Belis is considered in violation of his term of supervised release as he failed to notify the probation officer of his change in residence and living situation. Mr. Belis completed a monthly report form on May 20, 2014, after he released from federal custody. He also completed a monthly report form on May 21, 2014, when he reported to the U.S. Probation office. Both forms indicated his residence to be 1806 N. 13th Avenue, Pasco, Washington. This officer was advised by residents at that address that Mr. Belis is not living at this residence and has not been staying there before or after his arrest on May 19, 2014. This officer was also informed there is a 7 week old baby at the home. This would preclude the defendant from residing in this home as he has a no minor child contact condition and there are no approved sponsors. The defendant has not provided the probation officer or the Franklin County Sheriff's Office with information of his whereabouts or new address.

7   **Special Condition # 22**: You shall undergo a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You shall allow full reciprocal disclosure between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

**Supporting Evidence**: Paul Belis is considered in violation of his term of supervised release as he has failed to comply with attending his mental health appointment on May 22, 2014.

**Supporting Evidence**: Mr. Belis was released by the Court to attend his mental health appointment at Nueva Esperanza on May 22, 2014. This officer confirmed with Nueva Esperanza that the defendant's appointment was scheduled for 10:00 a.m., and he failed to report for the appointment and he did not call their office to notify of needing to reschedule.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 22, 2010

s/SanJuanita B. Coronado

SanJuanita B. Coronado
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

    May 22, 2014
Date