ROB 12C
(7/93)

Report Date: June 9, 2016

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 09, 2016

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Paul Belis         Case Number: 0980 2:12CR06032-EFS-1

Address of Offender:         Pasco, Washington, 99301

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: November 7, 2012

Original Offense:     Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a)

Original Sentence:    Prison 8 months;          Type of Supervision: Supervised Release
                      TSR - 60 months

Asst. U.S. Attorney:  Mary Katherine Dimke      Date Supervision Commenced: March 13, 2015

Defense Attorney:     Federal Public Defender-YAK   Date Supervision Expires: October 16, 2019

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: The defendant shall report to the probation office and shall submit a truthful and complete written report within the first five days of each month.<br><br>**Supporting Evidence**: Paul Belis is considered to be in violation of his terms of supervised release because he failed to contact his supervising officer on June 1, 2016, as instructed by U.S. Probation.<br><br>Mr. Belis last reported in person to the U.S. Probation Office on May 25, 2016. At this appointment, he was directed by the undersigned officer to report the following Wednesday, June 1, 2016, in person to the U.S. Probation Office. Mr. Belis was instructed to report weekly due to being transient. He failed to report as instructed. |
| 2 | **Special Condition #153**: The defendant shall live at an approved residence, and shall not change defendant's living situation without advance approval of the supervising officer.<br><br>**Supporting Evidence**: Paul Belis is considered to be in violation of his terms of supervised release because he failed to notify his supervising officer of a change in residence and living situation. |

        The undersigned officer was notified by Mr. Belis' Washington State DOC officer that he was seen at the Tahitian Inn in Pasco, Washington, on June 2, 2016. The State DOC officer contacted the management and confirmed Mr. Belis had paid for a room to rent, room # 110, and it was under his name. The manager provided information to the DOC officer that Mr. Belis and a female had been paying daily for room # 110 since May 27, 2016. According to the officer, Mr. Belis saw the DOC officers and ran away.

3      **Special Condition # 21**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: Paul Belis is considered to be in violation of his terms of supervised release by failing to attend random urinalysis testing as directed.

        Notice was received from First Step Community Counseling Services that Mr. Belis failed to provide a urinalysis test on May 31, 2016, and June 8, 2016.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 9, 2016

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Edward F. Shea*

Signature of Judicial Officer
June 9, 2016
Date