PROB 12C
(6/16)

Report Date: June 28, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 28, 2016

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Paul Belis | Case Number: 0980 2:12CR06032-EFS-1 |
| Address of Offender: ▮▮▮▮▮ Pasco, Washington 99301 | |
| Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge | |
| Date of Original Sentence: November 7, 2012 | Date of Revocation Sentences: May 17, 2013; August 21, 2013; July 2, 2014 |
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) |
| Original Sentence: | Prison 8 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentences: | Prison 97 days; TSR - 57 months<br>Prison 6 months; TSR - 51 months<br>Prison 10 months; TSR - 41 months | |
| Asst. U.S. Attorney: | TBD | Date Supervision Commenced: March 13, 2015 |
| Defense Attorney: | Federal Public Defender-YAK | Date Supervision Expires: October 16, 2019 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 06/09/2016.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Paul Belis is considered to be in violation of his terms of supervised release by being charged with possession of methamphetamine with intent to deliver on June 21, 2016.<br><br>Mr. Belis was arrested by the Pasco Police Department on June 21, 2016. Officers stopped a car and observed a male, later identified as Mr. Belis, in the back right passenger seat. Mr. Belis provided the officers with a false name, kept putting his hands out of view of the officers, and then left the car and ran off. After a short foot chase, Mr. Belis was arrested. |

Officers searched the vehicle and found a plastic bag which contained a crystal like substance and a portion of a plastic grocery bag tied with a knot which contained another medium sized chunk of clear crystal material. The substance was field tested with a NIK test kit and returned as presumptive positive for methamphetamine.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/28/2016

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Edward F. Shea

Signature of Judicial Officer

June 28, 2016

Date